

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CHRISTOPHER WILLIAMS,<br><br>Plaintiff,<br><br>vs.<br><br>REPUBLIC SERVICES, INC., an, Arizona Corporation, REPUBLIC SERVICES OF MONTANA, owned by Republic Services, Inc.<br><br>Defendants. | CV 17-90-M-DLC-JCL<br><br>ORDER |

Defendants Republic Services, Inc. and Allied Waste Services of North Allied Waste Services of North America, LLC (incorrectly identified as Republic Services of Montana), move for the admission of Ursula A. Kienbaum to practice before this Court in this case with Raul Chacon, Jr. to act as local counsel. Ms. Kienbaum's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Defendants' motion to admit Ms. Kienbaum pro hac vice is GRANTED on the condition that Ms. Kienbaum shall do her own work. This means that Ms. Kienbaum must do her own writing, sign her own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website,

www.mtd.uscourts.gov, or from the Clerk's Office. Ms. Kienbaum may move for the admission pro hac vice of one (1) associate of her firm. Such associate, if duly admitted, shall be authorized to participate in this case on the same terms and conditions as Ms. Kienbaum.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Kienbaum, within fifteen (15) days of the date of this Order, files a pleading acknowledging her admission under the terms set forth above.

DATED this 11th day of September, 2017

_____
Jeremiah C. Lynch
United States Magistrate Judge