IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

**FILED**

APR 19 2018


Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| CHRISTOPHER WILLIAMS,<br><br>Plaintiffs,<br><br>vs.<br><br>REPUBLIC SERVICES, INC., and ALLIED WASTE SERVICES OF NORTH AMERICA, LLC,<br><br>Defendants. | CV 17–90–M–DLC–JCL<br><br>ORDER |

Pursuant to the Parties' Joint Stipulation for Dismissal (Doc. 22),

IT IS ORDERED that this action is DISMISSED WITH PREJUDICE, the parties to bear their own costs and attorneys' fees. All deadlines are VACATED and any pending motions are DENIED as moot. The trial set for August 6, 2018, is VACATED.

Dated this 19th day of April, 2018.

Dana L. Christensen, Chief District Judge
United States District Court